NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMMY ROEL BEWRY, DOC #L32106,    )
    )
       Appellant,    )
    )
v.    )    Case No. 2D17-4537
    )
STATE OF FLORIDA,    )
    )
       Appellee.    )
_____)

Opinion filed February 27, 2019.

Appeal from the Circuit Court for Lee
County; Ramiro Manalich, Judge.

Howard L. Dimmig, II, Public Defender,
and Stephen M. Grogoza, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

       Affirmed.

SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.